| | |
|---|---|
| **RODNEY MOUCELL JONES,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **TODD E. ISHEE,** ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Petitioner's Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody. [Doc. 1].

The Petitioner is a state prisoner currently serving his sentence at the Pasquotank Correctional Institution, located in Pasquotank County, North Carolina. [Doc. 1 at 1]. In his Petition, the Petitioner seeks to challenge the loss of sentencing credit and privileges as a result of certain disciplinary actions taken against him in March 2024 at the Warren Correctional Institution, located in Warren County, North Carolina. [Id. at 1].

State prisoner habeas corpus petitions may be brought either in the federal judicial district within which the state court of the conviction is located or in the district of confinement. See 28 U.S.C. § 2241(d). Here, both the

Petitioner's place of conviction and place of confinement are located in the Eastern District of North Carolina. As such, in accordance with 28 U.S.C. § 2241(d) and the Joint Order of the United States District Courts for the Eastern, Middle and Western Districts of North Carolina (Joint Order, <u>In re: Applications for Writs of Habeas Corpus</u> (Oct. 26, 1966)), the Court shall transfer this action to the United States District Court for the Eastern District of North Carolina, where venue is proper.

This Court has not conducted an initial review of the petition and makes no findings or conclusions as to its merits or timeliness.

**IT IS, THEREFORE, ORDERED** that this action is **TRANSFERRED** to the Eastern District of North Carolina.

The Clerk is respectfully instructed to terminate this action.

**IT IS SO ORDERED.**

Signed: June 3, 2024

_____
Martin Reidinger
Chief United States District Judge